

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00375-CR

Raymundo **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7831
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's request for additional time to file the reporter's record is granted. We order Debra Doolittle to file the reporter's record by November 9, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court